Tax Title Cases.

St. Bernard Coal Co. v. Brogan.

(*Jackson.*   June   27,   1900.)

Appeal  from  Chancery  Court  of  Shelby  County. F. H. Heiskell,  Ch.

John  P.  Houston  for  Coal  Co.

J.  H.  Malone  for  Brogan.

———

Hendricks  v.  Newbern.

(*Jackson.*   June   27,   1900.)

Appeal  from  Chancery  Court  of  Shelby  County. F. H. Heiskell,  Ch.

R.  M.  Heath  for  Hendricks.

Pierson  &  Ewing  for  Newbern.

———

Stone  v.  Beebe.

(*Jackson.*   June   27,   1900.)

Appeal  from  Chancery  Court  of  Shelby  County. John  L.  T.  Sneed,  Ch.

Wilkerson  &  McGehee  for  Stone.

T.  J.  Braden  and  J.  H.  Malone  for  Beebe.